Benjamin Blakeman (SBN 60596)
3055 Wilshire Boulevard, Suite 480
Los Angeles, CA 90010
Phone:  (213) 384-5660
Fax:    (213) 232-3230
ben@lifeinsurance-law.com

Attorney for Plaintiff
STEPHEN BEAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN BEAL,<br>　　　　Plaintiff,<br>　vs.<br>MARSH & MCLENNAN COMPANIES PERSONAL ACCIDENT INSURANCE PLAN; AMERICAN LIFE INSURANCE COMPANY OF NEW YORK,<br>　　　　Defendants. | **Case No.: CV10-00627-GAF (JC)**<br>JUDGE GARY A. FEESS<br>JUDGMENT |

This action came on for hearing before the Court on motions for summary judgment filed by both parties which were scheduled to be heard on February 28, 2011.  Upon consideration of the moving and opposition papers of both parties, the evidence presented having been fully considered, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff, Stephen Beal be awarded the sum of Five hundred fifty thousand dollars ($550,000.00) against defendant MARSH & MCLENNAN COMPANIES PERSONAL ACCIDENT

1  INSURANCE PLAN in addition to costs incurred, interest pursuant to 28 USC
2  §1961 from June 30, 2009, and reasonable attorney's fees pursuant to 29 USC
3  §1132.

5  Dated: March 1, 2011

_____
Judge Gary Allen Feess
United States District Court